**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abe Developments LLC, et al., | No. CV-25-02792-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Auto-Owners Insurance Company, et al., | |
| Defendants. | |

Plaintiff Alvin Yono's counsel seeks to withdraw. (Doc. 35.) Counsel have complied with Local Rule 83.3 and the motion is granted. The motion to withdraw states Yono "is still ably represented by Brooks Holcomb" but Holcomb has not appeared on Yono's behalf. (Doc. 35 at 2.) If Holcomb plans to represent Yono, he must file a notice of appearance. If Yono plans to proceed without counsel, he "must follow the same rules of procedure that govern other litigants." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds by Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012). In particular, Yono must comply with all deadlines, including the January 19, 2026, deadline for filing the parties' Rule 26(f) Case Management Report. (Doc. 34.)

Accordingly,

**IT IS ORDERED** the Motion to Withdraw (Doc. 35) is **GRANTED**. Attorneys Dennis Wilenchik and Tyler Swensen are withdrawn as counsel for plaintiff. The Clerk of Court must update plaintiff's contact information to reflect a mailing address of: Alvin Yono, c/o Brooks J. Holcomb, PLLC, 3103 S. Fairfield Drive, Tempe, Arizona 85282.

**IT IS FURTHER ORDERED** if he plans to represent plaintiff, Brooks Holcomb must file a notice of appearance within seven days of this order. If plaintiff plans to proceed without counsel, he must file a statement within seven days of this order that includes his complete contact information.

Dated this 8th day of January, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge