**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abe Developments LLC, et al., | No. CV-25-02792-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Auto-Owners Insurance Company, et al., | |
| Defendants. | |

On January 8, 2026, the court allowed counsel for plaintiff Alvin Yono to withdraw but ordered Yono to file a statement indicating he would proceed without counsel. Alternatively, Yono was directed to arrange for replacement counsel to file a notice of appearance. Yono was given one week to perform either of those tasks. (Doc. 36 at 2.) The deadline expired with no filing from Yono or counsel. The January 8 order also reminded Yono he was responsible for filing the parties' Rule 26(f) Case Management Report no later than January 19. (Doc. 36 at 1.) No case management report was filed.

On January 20, 2026, defendants filed a motion to dismiss arguing the case has "a long history . . . of a lack of communication, delays and a failure on the part of Plaintiff to move this case forward." (Doc. 41 at 1.) Based on Yono's alleged refusal to communicate with defense counsel, defendants argue they are entitled to a dismissal of all claims.

Refusal to comply with court orders is a valid basis to dismiss pending claims. Fed. R. Civ. P. 41(b). In addition, Local Rule 7.2(i) allows the court to summarily grant a motion to dismiss when no opposition is filed. It is not clear if Yono still wishes to pursue this

case, but he has already ignored multiple orders requiring certain actions. If Yono wishes to pursue this case, he must file a statement explaining his failures to comply with previous orders. Yono also must file an opposition to the motion to dismiss. This case will be dismissed if no statement or opposition to the motion to dismiss is filed.

     **IT IS ORDERED** no later than **February 6, 2026**, plaintiff shall file a statement explaining his failures to comply with previous deadlines.

     **IT IS FURTHER ORDERED** no later than **February 6, 2026**, plaintiff shall file an opposition to the motion to dismiss.

     Dated this 22nd day of January, 2026.

                                  **Honorable Krissa M. Lanham**
                                  **United States District Judge**